**DISMISS; and Opinion Filed July 13, 2016.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00427-CV

**CHERYL CAWTHON COPENING, Appellant**
**V.**
**ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellee**

**On Appeal from the County Court at Law No. 5**
**Collin County, Texas**
**Trial Court Cause No. 005-02188-2015**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Fillmore

Before the Court is appellant's June 29, 2016 letter informing the Court that the parties

have settled their differences and requesting the Court dismiss this appeal. We treat the letter as

appellant's motion to dismiss, grant the motion, and dismiss this appeal. *See* TEX. R. APP. P.

42.1(a).

/Robert M. Fillmore/
ROBERT M. FILLMORE
JUSTICE

160427F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

CHERYL CAWTHON COPENING, Appellant

No. 05-16-00427-CV     V.

ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, Appellee

On Appeal from the County Court at Law No. 5, Collin County, Texas
Trial Court Cause No. 005-02188-2015.
Opinion delivered by Justice Fillmore.
Justices Francis and Schenck participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Subject to any agreement of the parties, it is **ORDERED** each party bear their own costs of this appeal.

Judgment entered this 13th day of July, 2016.